IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LOU ANN BROWN                                              PLAINTIFF

        v.         Civil No. 3:12-cv-03005-JRM

CAROLYN W. COLVIN, Commissioner
Social Security Administration                            DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 1st day of March 2013.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE